## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                          Civil Action No. 1:15-cv-01225-JFM

JOHN DOE, subscriber assigned IP address
69.251.254.119,

      Defendant,

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant")

through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily

dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address

69.251.254.119.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither

answered Plaintiff's Complaint nor filed a motion for summary judgment.

      Consistent herewith Plaintiff consents to the Court having its case closed for administrative

purposes.

      Dated:  October 7, 2015

                          Respectfully submitted,

                          By: _____/s/ *Jon A. Hoppe*_____
                          Jon A. Hoppe, Esquire
                          jhoppe@mhhhlawfirm.com
                          MADDOX, HOPPE, HOOFNAGLE &
                          HAFEY, L.L.C.
                          1401 Mercantile Lane #105
                          Largo, Maryland 20774
                          Phone:  301-341-2580
                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ Jon A. Hoppe_____

Jon A. Hoppe
